# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:24-cv-00172 |
| ) | |
| BACA CONCRETE/BACA READY ) | |
| MIX d/b/a ) | |
| BACA READY MIX OF SAVANNAH, ) | |
| LLC/BACA PROPERTIES, LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby files this notice to alert the Court that the parties have reached a settlement of this matter and are presently exchanging documents necessary to effectuate the settlement.

Respectfully Submitted on March 19, 2025.

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

***/s/ Lindsay Berman-Hansell***
Assistant United States Attorney
Georgia Bar No. 575823
22 Barnard Street, Suite 300
Savannah, Ga. 31401
(p) 912-652-4422
(f) 912-652-4326
Lindsay.Berman-Hansell@usdoj.gov