IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 4:24-cv-00172 |
| ) | |
| BACA CONCRETE/BACA READY ) | |
| MIX d/b/a ) | |
| BACA READY MIX OF SAVANNAH, ) | |
| LLC/BACA PROPERTIES, LLC ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Georgia, and the Defendant, by and through counsel, jointly stipulate to voluntary dismissal with prejudice of this Civil Complaint brought by the United States.

The United States of America and Baca Concrete/Baca Ready Mix, d/b/a Baca Ready Mix of Savannah, LLC, and Baca Properties, LLC (collectively, "Baca Concrete"), through their authorized representatives entered into a settlement agreement that resolves all outstanding matters in this case. Based upon the motion of the parties, and for good cause shown therein, the parties jointly file this Stipulation of Voluntary Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) as to all claims by and between the parties.

Respectfully submitted, 28th of April, 2025.

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Lindsay N. Berman-Hansell*
Lindsay N. Berman-Hansell
Assistant United States Attorney
Georgia Bar Number 575823
Post Office Box 8970
Savannah, Georgia 31412
*Counsel for the United States of America*

*/s/ Kristen W. Goodman*
Kristen W. Goodman, Esq.
Hall Gilligan Roberts & Shanlever, LLP
7402 Hodgson Memorial Drive, Suite 110
Savannah, GA 31406
*Attorney for Defendant*